IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW1:09CR102 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| WILLIAM TILLMAN, ) | |
| AKA/WILLIAM GEORGE TILLMAN, ) | |
| BILL TILLMAN ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and THE TEACHERS' & STATE EMPLOYEES' RETIREMENT SYSTEM OF NC.:

A judgment was entered on March 22, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, William Tillman, aka/William George Tillman, aka/Bill Tillman, whose last known address is XXXXXXXXX, Hendersonville, NC 28739, in the sum of $142,822.87. The balance on the account as of March 24, 2011, is $142,822.87.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and the Teachers' & State Employees' Retirement System of North Carolina, is commanded to **turn over property** in which the defendant, William Tillman, aka/William George Tillman, aka/Bill Tillman, has a substantial nonexempt interest, the said property being funds located in accounts held by the Teachers' & State Employees' Retirement System of North Carolina, accounts including, but not limited to, accounts corresponding to Member ID XXXXXXX, in the name of William G. Tillman, aka/William George Tillman, aka/Bill Tillman, at the following address: Department of Treasurer, Retirement System Division, 325 N Salisbury St, Raleigh, NC 27603.

Signed: March 28, 2011

Frank G. Johns, Clerk
United States District Court