IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. DNCW1:09CR102 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| WILLIAM TILLMAN, | ) | |
| AKA/WILLIAM GEORGE TILLMAN, | ) | |
| BILL TILLMAN | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and WACHOVIA, A WELLS FARGO COMPANY.:

A judgment was entered on March 22, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, William Tillman, aka/William George Tillman, aka/Bill Tillman, whose last known address is XXXXXXXXXX, Hendersonville, NC 28739, in the sum of $142,822.87. The balance on the account as of March 24, 2011, is $142,822.87.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Wachovia, a Wells Fargo company, is commanded to **turn over property** in which the defendant, William Tillman, aka/William George Tillman, aka/Bill Tillman, has a substantial nonexempt interest, the said property being funds located in Wachovia, a Wells Fargo company, accounts including, but not limited to, savings accounts, checking accounts and certificate of deposits (CDs), in the name of William Tillman, aka/William George Tillman, aka/Bill Tillman, at the following address: Wells Fargo, 1 Wachovia Center, 30th Floor, 301 South College, Charlotte, NC 28288, Attention: Litigation Intake Paralegal.

Signed: March 28, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court