RECEIVED
CHARLOTTE, N.C.
APR 26 2011
Clerk, U. S. Dist. Court
W. Dist. of N. C.

FILED
ASHEVILLE, N.C.
MAY 1 1 2011
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:09CR102 |
| | ) | (Financial Litigation Unit) |
| WILLIAM TILLMAN | ) | |

## CONSENT ORDER REGARDING WRITS OF EXECUTION and CONSENT TO CONTINUING GARNISHMENT

The parties, the United States of America, hereinafter referred to as "United States" or "government," and William Tillman, by and through James R. Crafton, his properly appointed Power of Attorney (see **Exhibit A**), hereinafter referred to as "Defendant," agree and stipulate to the following terms:

1. A criminal judgment was entered in this matter on March 22, 2011, against Defendant. Defendant was ordered to pay a criminal assessment of $400.00 and restitution in the amount of $142,422.87. As of the date of this filing, no funds have been collected on this debt.

2. On March 28, 2011, the Court entered a writ of execution against property held by Wachovia/Wells Fargo in certain accounts. The writ was mailed to Defendant and Wachovia/Wells Fargo on March 29, 2011. The sum of $122,677.84 is being held by Wachovia/Wells Fargo pending further order of this Court.

3. On March 28, 2011, the Court entered a writ of execution against property held by The Teachers' and State Employees' Retirement System of North Carolina. The writ was mailed to Defendant and the Retirement System on March 29, 2011. Defendant is entitled to approximately

$1,800.00 per month in disbursements from this pension account

    4.    Defendant has additional financial resources available to him, including proceeds from the sale of stock, which the government is not pursuing at this time.

    5.    The parties have agreed and do stipulate that the government is entitled to execute on and take possession of all funds, less the sum of $5,000.00, from the Wachovia/Wells Fargo accounts.

    6.    The parties have agreed and do stipulate that the government is entitled to execute on, take possession of and receive all distributions to which Defendant is entitled from The Teachers' and State Employees' Retirement System of North Carolina, until the remaining balance in this matter is paid in full. Accordingly, Defendant consents to the ongoing garnishment of this account, a copy of which is attached hereto as **Exhibit B.**

    7.    All payments will be remitted to the United States Clerk of Court for the Western District of North Carolina.

    8.    Upon receipt of all funds outstanding in this matter, the government will mark the criminal judgment as paid in full in accordance with law and dismiss the garnishment of the pension account.

AGREED AND STIPULATED TO:

_____        DATE: 4-18-11
JENNIFER A. YOUNGS
Assistant United States Attorney

_____        DATE: 4-14-11
James R. Crafton
on behalf of Defendant as Power of Attorney

APPROVED AND SO ORDERED this the 11th day of May, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dennis L. Howell
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

898 Indian Hill Road
Hendersonville, NC 28791
April 4, 2011

United States Attorney Office
227 West Trade Street
Charlotte, NC 28202

Att: SLU

    My name is James (Jim) R. Crafton and I am the brother-in-law of William Tillman, Case No. DNCW1:09CR000102, and I also serve as his Power of Attorney. Please find enclosed a copy of the original Power of Attorney document that names me as successor POA along with an Amendment that reflects the retirement of the primary POA and names me as the current POA.
    I would like to work with your office to resolve the debt imposed on Mr. Tillman in the way of $142,822.87 for an order for restitution. Mr. Tillman has adequate assets to pay this debt and I would like to discuss that with you. If I don't hear from you beforehand, I will call on Wednesday afternoon, April 6, to confirm you have received these documents and are able to discuss the details with me. I look forward to resolving this matter with your office promptly.

Sincerely,

*James R. Crafton*

James R. Crafton
828-329-0203
craftonj@morrisbb.net

GOVERNMENT EXHIBIT A

General Power of Attorney recorded in Deed Book 1405, at Page 151 in the Henderson County, North Carolina Registry.

THIS THE 25th day of May, 2010.

_____(SEAL)
James A. Tillman, Resigning Attorney in Fact

_____(SEAL)
James Crafton, Successor Attorney in Fact

STATE OF NORTH CAROLINA
COUNTY OF HENDERSON

I, a notary public of the state and county aforesaid certify that James A. Tillman, as resigning attorney in fact, personally appeared before me and acknowledged the due execution of the foregoing and annexed instrument. Witness my hand and official stamp or seal this the 25 day of May, 2010.

My Commission expires: 11/26/11    _____
                                    Notary Public

STATE OF NORTH CAROLINA
COUNTY OF HENDERSON

I, a notary public of the state and county aforesaid certify that James Crafton, as successor attorney in fact, personally appeared before me and acknowledged the due execution of the foregoing and annexed instrument. Witness my hand and official stamp or seal this the 25 day of May, 2010.

My Commission expires: 11/26/11    _____
                                    Notary Public

Henderson County, N.C.
This is a true and legal copy of certificate as recorded in this office
Date SEP 1 1 2009

Nedra W. Moles
Register of Deeds
by Nancy A. Cochran
deputy

B1405 151

FILED IN HENDERSON COUNTY REGISTER OF DEEDS
OFFICE. NEDRA W. MOLES, REGISTER

DATE: Aug. 27 2009   TIME: 10:52 AM

EXCISE TAX STAMP: _____

BOOK: 1405   PAGE: 151

Prepared by and Return to: Bazzle, Carr & Parce, PA

STATE OF NORTH CAROLINA

COUNTY OF HENDERSON          GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That I, WILLIAM G. TILLMAN of Henderson County, North Carolina have made, constituted and appointed and by these presents do make, constitute and appoint JAMES A. TILLMAN of Henderson County, North Carolina as my lawful attorney in fact. In the event that said JAMES A. TILLMAN is unable or unwilling or unable to serve as my lawful attorney in fact, I appoint JAMES CRAFTON as my successor attorney in fact with all the foregoing powers herein provided. My Attorney in fact shall act for me and in my name, place and stead is empowered to:

A. Collect all checks or moneys due and payable to me, and to endorse my name to any checks, money orders, drafts, warrants or other negotiable paper payable to me and collected by my said attorney in fact.

B. Sign my name to, and issue checks drawn on any checking account I may now or hereafter have in or with any bank, banker, or trust company whatsoever; and to make withdrawals from any savings account I may now or hereafter have in or with any bank or savings and loan association, and to sign my name to any documents in connection with such withdrawals.

C. Sign my name to any records in connection with any safe deposit box now or hereafter rented to me, and to have as full and free access to any such box as I myself could do.

D. Prepare and sign my name to all income tax returns, income tax estimates, intangibles tax returns and other tax forms of every nature required to be filed by me with the Federal Government or any State Government.

E. Generally (and without limitation of or by the preceding paragraphs of this instrument), to conduct all of my business of every kind and nature as fully and to the same extent as I could do myself if I were present and able to act, including but not limited to the power to borrow money in my name; and to negotiate, sell and convey any real estate, stocks, bonds, or other personal property (tangible or intangible) now or hereafter owned by me; and to sign, seal, acknowledge and deliver such deeds, deeds of trust, mortgages, stock powers, notes, leases, assignments, and other instruments in writing of whatsoever kind or nature as may be necessary or proper in the premises; and to employ and discharge such physicians,

servants, nurses and others as to my said attorney in fact may seem necessary or desirable.

F. To select and employ health care professionals or facilities, to include but not limited to physicians, nurses, hospitals, nursing homes and sanitariums, to provide medical care, and to make medical decisions, to include withdrawal of life support devices and systems, in accordance with the declaration of natural death, executed by me.

G. To make gifts to such persons or institutions in such amounts as my Attorney-in-Fact may deem appropriate in order to continue my established pattern of giving as evidenced by my financial records, including cancelled checks, deeds, stocks transfer records, and any state or federal gift tax returns.

My said attorney in fact shall account to me upon my request, but shall not be required to file an inventory or any account with any Court or judicial authority.

This Power of Attorney is executed by me and delivered to my said attorney in fact pursuant to the provisions of Article 2, Chapter 32A, of the General Statutes of North Carolina, and particularly Sections 32A-8 through 32A-14, and shall continue in effect notwithstanding any incapacity or mental incompetency on my part. This Power of Attorney may be revoked only in the manner set out in said statute and not otherwise.

And I do ratify and confirm all transactions made in my behalf under the authority of this Power of Attorney, just as fully as if personally done by me.

IN WITNESS WHEREOF, I have hereunto set my hand and seal to this instrument, this the 24th day of August, 2009.

_William G. Tillman_ (SEAL)
WILLIAM G. TILLMAN

I, JAMES A. TILLMAN, do agree to act as Attorney in Fact under and pursuant to the foregoing Power of Attorney.

This the 25th day of August, 2009.

_James A. Tillman_ (SEAL)
JAMES A. TILLMAN

I, JAMES CRAFTON, do agree to act as Successor Attorney in Fact under and pursuant to the foregoing Power of Attorney.

This the 25th day of August, 2009.

_James Crafton_ (SEAL)
JAMES CRAFTON

STATE OF NORTH CAROLINA

COUNTY OF Henderson

    I, Sydney Love, a Notary Public of said County and State, do hereby certify that WILLIAM G. TILLMAN personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed.

    WITNESS my hand and notarial seal, this the 14th day of August, 2009.

My commission expires: 10/03/2012

_____
Notary Public

STATE OF NORTH CAROLINA

COUNTY OF Henderson

    I, Sydney Love, a Notary Public of said County and State, do hereby certify that JAMES A. TILLMAN personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed.

    WITNESS my hand and notarial seal, this the 25th day of August, 2009.

My commission expires: 10/03/2012

_____
Notary Public

STATE OF NORTH CAROLINA

COUNTY OF Henderson

    I, Sydney Love, a Notary Public of said County and State, do hereby certify that JAMES CRAFTON personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed.

    WITNESS my hand and notarial seal, this the 25th day of August, 2009.

My commission expires: 10/03/2012

_____
Notary Public

