IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 cr 102

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| WILLIAM TILLMAN, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Status Report (#59) filed by Tiffany M. Mallory, Assistant United States Attorney. In the report, Government states "all funds payable to minor victims CV1 and CV2 have now been distributed through the United States District Court Clerk's Office to the guardian of victim CV3." The undersigned questions why funds payable to minor victim CV1 and CV2 would be distributed to the guardian of a separate minor victim, that being CV3. The undersigned will require that Ms. Mallory appear before the Court and explain the distribution of restitution payable to minor victim CV1, CV2 and CV3 in this matter.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that Tiffany M. Mallory, Assistant United States Attorney, is to appear before the undersigned on **January 11, 2016 at 9:30 a.m.** in Courtroom #2 of the United States Courthouse in Asheville, North

Carolina to answer inquiries of the Court regarding the distribution of funds of restitution of the minor victims in this matter.

Signed: January 7, 2016

Dennis L. Howell
United States Magistrate Judge