IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 cr 102

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | **ORDER** |
| WILLIAM TILLMAN, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to an amendment to the Status Report (#59) filed by Tiffany M. Mallory, Assistant United States Attorney. The Status Report now reflects that funds payable in this matter to minor victim CV3 has been paid to the guardian of minor victim CV3 and the funds payable as restitution to minor victim CV1 and CV2 has been distributed to the guardian of minor victims CV1 and CV2. Due to this amendment, it appears that the Government has fully resolved the distribution of the restitution funds in this matter and there is now no reason for there to be further hearing in regard to this issue.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the hearing in this matter scheduled for **January 11, 2016 at 9:30 a.m.** is **CANCELLED**.

Signed: January 7, 2016

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge